EOD
01/26/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **JOSHUA O. TABOR** | § | |
| xxx-xx-3534 | § | Case No. 10-20051 |
| and **LISA RENAY TABOR** | § | |
| xxx-xx-0675 | § | |
| 215 Longmont St., Hallsville, TX 75650 | § | |
| | § | |
| Debtors | § | Chapter 13 |

## ORDER SUSTAINING DEBTORS' OBJECTION
## TO PROOF OF CLAIM # 13-1
## FILED BY PIONEER CREDIT

On January 26, 2011, the Court heard the Debtors' Objection to Proof of Claim 13-1 filed by the Debtors, Joshua O. and Lisa R. Tabor (the "Debtors"), pertaining to the aforementioned proof of claim filed by Pioneer Credit in the above-referenced case. The Court finds that appropriate notice of the Objection and the hearing thereon was given according to the Federal and Local Rules of Bankruptcy Procedure. Upon due consideration of the pleadings, evidence and argument presented as to this contested matter, and for the reasons set forth on the record in open court on this date, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Debtors' objection to proof of claim 13-1 filed by the Debtors, Joshua O. and Lisa R. Tabor, on October 13, 2010, is **SUSTAINED** and that claim #13-1 as filed in the above-referenced case by Pioneer Credit is hereby allowed solely as a general unsecured claim in the amount of $1,797.91.

Signed on 01/26/2011

*/s/ Bill Parker*

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE